# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Joseph Bernard Tate ,

        Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                             3:12-cv-00349

USA ,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/7/2012 Order.


                                                  Signed: June 7, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court