# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joseph Bernard Tate ,

    Plaintiff(s),

vs.

USA ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12-cv-00349

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/7/2012 Order.

Signed: June 7, 2012

Frank G. Johns, Clerk
United States District Court